ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Pinnacle Construction & Development Group )     ASBCA No.  61887
)
Under Contract No.  W91364-13-D-0013     )

APPEARANCES FOR THE APPELLANT:        Christopher W. St. Marie, Esq.
                                       Aaron Evenchik, Esq.
                                        Hahn Loeser & Parks LLP
                                        Cleveland, OH

APPEARANCES FOR THE GOVERNMENT:       Scott N. Flesch, Esq.
                                        Army Chief Trial Attorney
                                       MAJ Mark T. Robinson, JA
                                        Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 23, 2020

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61887, Appeal of Pinnacle Construction & Development Group, rendered in conformance with the Board's Charter.

Dated:  April 24, 2020

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals